Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-294RSM |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO SEAL APPENDIX B TO DEFENDANT'S MOTION TO CONTINUE REPORTING DATE CURRENTLY SET FOR MARCH 25, 2020 |
| v. | |
| MARINA BONDARENKO, | |
| Defendant. | |

This Court has considered Defendant's Motion to Seal Appendix B to Defendant's Motion to Continue Reporting Date Currently Set for March 25, 2020, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant's Motion to Seal is GRANTED and that Appendix B to Defendant's Motion to Continue Reporting Date Currently Set for March 25, 2020 shall remain under seal.

Dated this 16th day of March, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Cooper Offenbecher*
Attorney for Marina Bondarenko

ORDER GRANTING DEFENDANT'S MOTION TO SEAL APPENDIX B TO DEFENDANT'S MOTION TO CONTINUE REPORTING DATE– 1
[CR18-294RSM]

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681