Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARINA BONDARENKO,

    Defendant.

NO. CR18-294RSM

ORDER GRANTING DEFENDANT'S
MOTION TO CONTINUE REPORTING
DATE CURRENTLY SET FOR MARCH
25

This Court has considered Defendant's Motion to Continue Reporting Date Currently Set for March 25, the Government's response, this proposed form of Order, and the records and pleadings already on file. The defendant's motion is hereby GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or after June 8, 2020.

Dated this 16th day of March, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/Cooper Offenbecher
Attorney for Marina Bondarenko

*ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE*
*REPORTING DATE CURRENTLY SET FOR*
*MARCH 25 – 1*
*[CR18-294RSM]*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681