Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     v.<br><br>MARINA BONDARENKO,<br><br>                 Defendant. | NO. CR18-294RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL APPENDICES B AND C TO DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE CURRENTLY SET FOR JUNE 8, 2020 |

This Court has considered Defendant's Motion to Seal Appendices B and C to Defendant's Motion to Continue Self-Surrender Date Currently Set for June 8, 2020, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that Defendant's Motion to Seal is GRANTED and that Appendices B and C to Defendant's Motion to Continue Self-Surrender Date Currently Set for June 8, 2020 shall remain under seal.

Dated this 20th day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Cooper Offenbecher*
Attorney for Marina Bondarenko

ORDER GRANTING DEFENDANT'S MOTION TO SEAL APPENDICES B AND C TO DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE– 1
[CR18-294RSM]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681