Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MARINA BONDARENKO,<br><br>              Defendant. | NO. CR18-294RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE CURRENTLY SET FOR JUNE 8, 2020 |

This Court has considered Defendant's Motion to Continue Self-Surrender Date Currently Set for June 8, 2020, this proposed form of Order, any pleadings filed in opposition and reply, and the records and pleadings already on file. The defendant's motion is hereby GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or after September 1, 2020.

Dated this 27th day of May, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Cooper Offenbecher*
Attorney for Marina Bondarenko

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE CURRENTLY SET FOR JUNE 8, 2020 – 1
[CR18-294RSM]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681