Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARINA BONDARENKO,<br><br>　　　　　　　　Defendant. | NO. CR18-294RSM<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE CURRENTLY SET FOR SEPTEMBER 1, 2020 |

This Court has considered Defendant's Unopposed Motion to Continue Self-Surrender Date Currently Set for September 1, 2020, this proposed form of Order, and the records and pleadings already on file. The defendant's motion is hereby GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or after October 31, 2020.

Dated this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cooper Offenbecher*
Attorney for Marina Bondarenko

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SELF-SURRENDER DATE CURRENTLY SET FOR SEPTEMBER 1, 2020 – 1
[CR18-294RSM]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681