Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MARINA BONDARENKO,<br><br>                Defendant. | NO. CR18-294-RSM<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the Defendant's Motion to File Overlength Brief regarding Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i), enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated this 11th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Cooper Offenbecher
Cooper Offenbecher
Attorney for Defendant Marina Bondarenko
Allen, Hansen, Maybrown & Offenbecher, P.S.

*ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF – 1*
*[United States v. Bondarenko, CR18-294-RSM]*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681