Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>MARINA BONDARENKO,<br><br>    Defendant. | NO.  CR18-294-RSM<br><br>ORDER GRANTING MOTION TO SEAL APPENDIX B TO MOTION FOR SENTENCE REDUCTION |

   This matter came before the Court on the motion of the Defendant, Marina Bondarenko, for an order sealing Appendix B to her Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i).  The foregoing contains medical records containing confidential and sensitive information.  Accordingly, the documents should be secured from public access until further order by the Court.

   IT IS HEREBY ORDERED that the motion is GRANTED.

   Dated this 11th day of December, 2020.

                _[signature]_

                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Cooper Offenbecher
Cooper Offenbecher
Attorney for Defendant Marina Bondarenko
Allen, Hansen, Maybrown & Offenbecher, P.S.

*ORDER GRANTING MOTION TO SEAL – 1*
*[United States v. Bondarenko, CR18-294-RSM]*

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681