Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MARINA BONDARENKO,<br><br>　　　　　Defendant. | NO.  CR18-294-RSM<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF |

The Court, having reviewed the Defendant's Motion to File Overlength Brief regarding Defendant's Reply re Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i), enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated this 4th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Cooper Offenbecher
Cooper Offenbecher
Attorney for Defendant Marina Bondarenko
Allen, Hansen, Maybrown & Offenbecher, P.S.

ORDER GRANTING MOTION FOR LEAVE TO FILE
OVERLENGTH REPLY BRIEF – 1
[United States v. Bondarenko, CR18-294-RSM]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681