The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, Plaintiff v. MARINA BONDARENKO, Defendant. | NO. 18-CR-294 RSM<br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
|---|---|

The Court, having reviewed the United States' for Leave to File Over-Length Brief, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED and GRANTS permission for the United States to file its Opposition to Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) for Alternative Relief in excess of 12 pages, but no more than 16 pages.

DATED this 4th day of January, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order for Leave to File Over-Length Brief
*United States v. Bondarenko*, CR18-294RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970