Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MARINA BONDARENKO,<br><br>                Defendant. | NO.  CR18-294RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE CURRENTLY SET FOR APRIL 1, 2021 |

This Court has considered Defendant's Motion to Continue Self-Surrender Date Currently Set for April 1, 2021, this proposed form of Order, and the records and pleadings already on file. The defendant's motion is hereby GRANTED. The Federal Bureau of Prisons is hereby directed to issue a new reporting date on or after June 15, 2021

Dated this 19th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cooper Offenbecher*
Attorney for Marina Bondarenko

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE
SELF-SURRENDER DATE CURRENTLY SET FOR APRIL 1, 2021
– 1
[CR18-294RSM]

**Allen, Hansen, Maybrown**
**& Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681