UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-294RSM |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE |
| v. | |
| MARINA BONDARENKO, | |
| Defendant. | |

The Court has considered Defendant's May 6, 2021, Motion to Continue Self-Surrender Date (dkt #118), the Government's response and Defendant's reply, as well as the records and pleadings already on file. The defendant's motion is hereby DENIED. The Defendant shall self-surrender on June 15, 2021, as directed by the Federal Bureau of Prisons.

Dated this 14th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1